IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: | CASE NO. 15-25066-GMH |
| RANDALL D HENDRIKSE | JUDGE G. MICHAEL HALFENGER |
| KATHLEEN J HENDRIKSE | |
| 3746 N 14TH ST | ATTORNEY: STEINHILBER SWANSON MARES |
| SHEBOYGAN, WI 53083 | MARONE AND MC DERMOTT |
| d/b/a FDBA THE KITCHEN AND | EMAIL: ckrutke@oshkoshlawyers.com |
| BATH DESIGN STUDIO | |
| DEBTORS | |

DATE: 09/21/2015

## NOTICE OF INTENT TO ALLOW
## OR DISALLOW ADDITIONAL CLAIMS

Comes now the Standing Chapter 13 Trustee who gives notice to the Court that the following claim was filed against the estate of the Debtors and that such claim was not included in previous Notice of Claims filed herein:

| CLAIM # | CREDITOR NAME & ADDRESS | AMOUNT | % ALLOWED | CLASSIFICATION |
|---|---|---|---|---|
| 0009 | WISCONSIN DEPT OF REVENUE<br>SPECIAL PROCEDURES UNIT<br>P O BOX 8901<br>MADISON, WI 53708-8901 | $1,036.54 | 100.00 | CLASS: PRIORITY<br>INTEREST: 0.00%<br>ACCT: 3379<br>COMMENT: SPLIT CLAIM |
| 1009 | WISCONSIN DEPT OF REVENUE<br>SPECIAL PROCEDURES UNIT<br>P O BOX 8901<br>MADISON, WI 53708-8901 | $8,091.39 | 100.00 | CLASS: SECURED<br>INTEREST: 12.00%<br>ACCT: 3379<br>COMMENT: SPLIT CLAIM #9 |
| | TOTAL: | $9,127.93 | | |

Pursuant to 11 U.S.C. 502(a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid or have been deemed disallowed if classification is stated as disallowed and no payment shall be made due to claim having been filed late, unless the Debtors or other party in interest files with the court in accordance with Rule 3007, an Objection to Claim and Request for Hearing within twenty five (25) days of this notice.

/s/ REBECCA R GARCIA

REBECCA R GARCIA
CHAPTER 13 TRUSTEE
CHAPTER 13 TRUSTEE
P O BOX 3170
OSHKOSH, WI 54903-3170

I herein certify that a copy of this notice was served upon the Debtors and the Debtors' Attorney of record on this date by regular U.S. Mail, postage prepaid, at their addresses as they appear in the records hereof or electronically (if the party accepts service in this manner).

DATED: September 23, 2015

/s/ Cass Loberg

Cass Loberg

CHAPTER 13 CASE NO. 15-25066-GMH
DEBTOR (1) RANDALL D HENDRIKSE  DEBTOR (2) KATHLEEN J HENDRIKSE

STEINHILBER SWANSON MARES MARONE
AND MC DERMOTT
P O BOX 617
107 CHURCH AVE
OSHKOSH, WI 54903-0617
ckrutke@oshkoshlawyers.com